**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7345**

WILBERT RUFFIN,

Plaintiff - Appellant,

v.

D.M. CHRISTIAN, Police Officer; APONTE, Mr.; Police Officer; BUFFKIN, Mr.; Police Officer,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Gerald Bruce Lee, District Judge.  (1:08-cv-00969-GBL-JFA)

Submitted:  February 22, 2018                    Decided:  February 27, 2018

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Wilbert Ruffin, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wilbert Ruffin appeals the district court's order denying his motion to reopen his closed 42 U.S.C. § 1983 (2012) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ruffin v. D.M. Christian*, No. 1:08-cv-00969-GBL-JFA (E.D. Va. Sept. 20, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
